# IN THE UNITED STATED DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NORTHEASTERN DIVISION

| | |
|---|---|
| BRADLEY STINSON, | ) |
|    *Plaintiff*, | ) |
| | )   Case No.: 2:18-cv-00078 |
| vs. | )   Judge Waverly D. Crenshaw, Jr. |
| | )   Magistrate Judge Brown |
| BRANDON DUE, *et al.*, | )   JURY DEMANDED |
|    *Defendants*. | ) |

## ORDER

The Plaintiff has filed a Notice (DE 28) which the court will take as a Motion[1] to allow the taking of the deposition of William D. Lewis out of time due to his alleged evasion of process. The Motion is granted, and the United States Marshall is directed to serve the subpoena for the deposition on Mr. Lewis. Counsel will coordinate with the Marshall to secure service. Although the motion requests Mr. Lewis be held in contempt for evading service, the court will not grant that at this time as service has not been accomplished. If Mr. Lewis fails to attend his deposition after service by the Marshall a motion for contempt may be in order.

The case is under a scheduling order (DE 14). If the parties believe a modification to other deadlines in the case or the trial date are necessary, they should schedule a telephone conference call with me. The parties are again I remain available for ADR at any time.

                                                                  /S/ Joe B. Brown
                                                                  Joe B. Brown
                                                                  Magistrate Judge

---

[1] The proposed order attached to the Notice refers to the pleading as a joint motion, however there is nothing in the pleading that shows the defendants have joined in the pleading.